AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

SEP 3 0 2020

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Brian Karl GREEN<br><br>*Defendant(s)* | Case No. C-20-1726M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 29, 2020** in the county of **Nueces** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possesion of a Firearm. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Lance Rathke, Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Date: Sept. 30, 2020

*Judge's signature*

Jason B. Libby, United States Magistrate Judge
*Printed name and title*

City and state: Corpus Christi, Texas

GREEN, Brian Karl

## ATTACHMENT "A"

On September 29, 2020 agents executed a federal search warrant in Corpus Christi, Texas. During the execution of the warrant, Brian Karl GREEN was found in a room located within the building being searched. During a search of the room where GREEN was located, a Smith and Wesson .380 handgun was recovered. A records check on GREEN confirmed that GREEN is a convicted felon. Specifically, Green was convicted of Assault (Family Violence) in violation of Texas Penal Code 22.01(b)(2)(B) on July 9, 2015 and sentenced to seven (7) years confinement.

During a post Miranda interview of GREEN, GREEN stated that the handgun belonged to him.

HSI TFO Rathke contacted ATF Special Agent, Dave Morris, who confirmed that the handgun was manufactured outside the state of Texas after 1898.

On September 29, 2020, AUSA Dennis Robinson was contacted based upon the above facts and accepted prosecution of Brian Karl GREEN for violations of 18 United States Code 922(g)(1), Felon in Possession of a firearm.

Lance Rathke, Task Force Officer
Homeland Security Investigations

Submitted by reliable electronic means, sworn to,

signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Jason B. Libby
United States Magistrate Judge